**Dismissed and Opinion Filed July 1, 2013**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-12-00463-CV**

**IN THE INTEREST OF J.K.F.**

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-04-09284-U**

**MEMORANDUM OPINION**

Before Chief Justice Wright, Justice Lang-Miers, and Justice Lewis
Opinion by Chief Justice Wright

Appellant's brief in this case is overdue. By letter dated July 30, 2012, we notified appellant the time for filing her brief had expired. We directed appellant to file a brief and an extension motion within ten days and cautioned her that failure to do so would result in the dismissal of this appeal. In response, on August 9, 2012 appellant filed a pro se explanation regarding why her brief had not been filed. By letter dated August 15, 2012, we again notified appellant the time for filing her brief had expired. We directed appellant to file a brief and an extension motion within ten days and cautioned her that failure to do so would result in the dismissal of this appeal. In the interest of caution, we sent a letter on September 17, 2012 notifying appellant that the document filed on August 9, 2012 did not meet the briefing requirements in the Texas Rules of Appellate Procedure. We cautioned appellant that failure to file a brief that complied with the appellate rules might result in the dismissal of this appeal. To

date, appellant has not filed an extension motion, a brief, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a); 42.3(a)(b).

120463F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF J.K.F., A Child

No. 05-12-00463-CV

On Appeal from the 302nd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DF-04-09284-U.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Lewis participating.

      In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

      It is **ORDERED** that appellee Claus Fleckenstein recover his costs of this appeal from appellant Lisa Dawn Goodwin.


Judgment entered July 1, 2013


/Carolyn Wright/

CAROLYN WRIGHT
CHIEF JUSTICE